■ JULIUS MARTON, by MICHAEL MARTON, as Attorney-in-Fact, Respondent, v WILLIAM H. DAVIS, Appellant. [778 NYS2d 334]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered January 15, 2003. The order denied defendant-petitioner's application for a permanent injunction and to hold plaintiff-respondent in contempt and denied without prejudice plaintiff-respondent's motion for leave to reargue and reopen a prior proceeding.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Hurlbutt, J.P., Scudder, Gorski, Martoche and Hayes, JJ.

■ SUSAN SIEGEL, Respondent, v FDC #2 CORP., Doing Business as ENCHANTMENTS TOO, Appellant-Respondent, and BOULEVARD MALL, LLC, et al., Respondents-Appellants. [778 NYS2d 406]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 28, 2003. The order denied the motion of defendants Boulevard Mall, LLC and Boulevard Mall Businessmen's Association, Inc. and the cross motion of defendant FDC #2 Corp., doing business as Enchantments Too, for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Gorski, Martoche and Hayes, JJ.

■ In the Matter of GARRY MURRAY, Petitioner, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, Respondent. [778 NYS2d 367]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Kevin M. Dillon, J.], entered August 11, 2003) to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.